UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**MICHAEL D. ANDERSON**,

        Plaintiff,

   v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security**,

        Defendant.

Case No. 2:15-cv-01305-KI

JUDGMENT

    Katherine L. Eitenmiller
    Robert A. Baron
    Harder, Wells, Baron & Manning, P.C.
    474 Willamette, Ste. 200
    Eugene, OR 97401

        Attorneys for Plaintiff

    Billy J. Williams
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Ave., Ste. 600
Portland, OR 97204-2902

Thomas M. Elsberry
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste. 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

Based on the record, the decision of the Commissioner is reversed. The case is remanded for a finding of disability.

    IT IS SO ORDERED.

    DATED this   6th   day of July, 2016.

                                            /s/ Garr M. King
                                            Garr M. King
                                            United States District Judge